ADAM PAUL LAXALT
Nevada Attorney General
LORI M. STORY
Senior Deputy Attorney General
Nevada Bar No. 6835
Office of the Attorney General
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1114
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN B. WESTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA BOARD OF PAROLE COMMISSIONERS, SUSAN JACKSON, ADAM ENDEL, TONY CORDA, MAURICE SILVA,<br><br>    Defendants. | Case No.: 3:15-CV-00062-MMD-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Defendants, NEVADA BOARD OF PAROLE COMMISSIONERS, SUSAN JACKSON, ADAM ENDEL, TONY CORDA, and MAURICE SILVA, through their attorneys, ADAM PAUL LAXALT, Attorney General of the State of Nevada, and LORI M. STORY, Senior Deputy Attorney General, and Plaintiff, JOHN B. WESTMAN, appearing in proper person, hereby STIPULATE to dismiss the above-captioned action and all claims therein with prejudice.

////

////

////

////

////

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the settlement each party will bear their own attorney's fees.

DATED this 31st day of August, 2015.  DATED this 22 day of August, 2015.

ADAM PAUL LAXALT
Attorney General

By: /s/ Lori M. Story                    By: /s/ John B. Westman
LORI M. STORY                                 JOHN B. WESTMAN
Senior Deputy Attorney General                In Proper Person
100 N. Carson Street
Carson City, NV  89701
Tel: (775) 684-1114
E-Mail: LStory@ag.nv.gov

Attorneys for Defendants

## ORDER

Pursuant to the Stipulation of the Parties hereto, this Action and all claims raised therein are DISMISSED WITH PREJUDICE, each party to bear its own fees and costs. The Clerk shall enter judgment accordingly.

DATED:  August 31, 2015

_____
MIRANDA M. DU
United States District Judge

